IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LUCKY BURRUSS,

       Appellant,

v.

                                    Case No.  5D21-2777
                                    LT Case No. 2019-CF-013315-A-O

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed August 16, 2022

Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

Matthew J. Metz, Public Defender, and
Scott G. Hubbard, Assistant Public
Defender, Daytona Beach, for Appellant.

Lucky Burruss, Bonifay, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.